UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>OSVALDO FLORES-RUBLES,<br><br>        Defendant. | No. CR-08-6002-FVS<br><br>ORDER OF DISMISSAL |

**THIS MATTER** having come before the Court based upon the defendant's motion to dismiss; and the government having consented to dismissal without conceding the merits of the defendant's motion; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's motion to dismiss **(Ct. Rec. 22) is granted. The indictment is dismissed.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___20th___ day of February, 2008.

                                    s/ Fred Van Sickle
                                    Fred Van Sickle
                         United States District Judge

ORDER OF DISMISSAL- 1